GINA M. CHANG, Bar No. 260747
gchang@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone:    408.998.4150
Facsimile:    408.288.5686
E-mail: gchang@littler.com

Attorneys for Defendant
WAL-MART STORES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILOS CRUZ, | Case No.  CV-12-2192 |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE HON. JOHN L. SEGAL |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [F.R.C.P. 41(A)(1)]** |
| WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC., and DOES 1 through 10, Inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MILOS CRUZ, and Defendant WAL-MART STORES, INC. acting through their designated counsel, that the above-captioned action shall be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(l) with each party to bear its own attorneys' fees and costs.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113 2303
408.998.4150

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ENTIRE ACTION [F.R.C.P.
41(A)(1)]

Case No.  CV12-2192

1

2
Dated:      April 13, 2012

Respectfully submitted,

3

4

5
_____ /S/
CINA M. CHANG
LITTLER MENDELSON, A Professional Corporation
Attorney for Defendant WAL-MART STORES, INC.

Respectfully submitted,

6
Dated:      April 13, 2012

7

8

9
_____ /S/
JANET G. MARTIN
LAW OFFICES OF PELLETIER, MARTIN &
ASSOCIATES
Attorney for Plaintiff MILOS CRUZ

10
Firmwide:110194184.1 067307.1033

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W  San Fernando, 15th Floor
San Jose, CA  95113 2303
408 998 4150

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ENTIRE ACTION [F.R.C.P.
41(A)(1)]

2.

Case No.  CV-12-2192